UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY HOUSE,

        Plaintiff(s),

                                            Case No. 03-74978

vs.

                                            HON. GEORGE CARAM STEEH

LA-Z-BOY, INC.

        Defendant(s).

_____/

ORDER OF DISMISSAL WITHOUT PREJUDICE

        On August 9, 2005 the attorneys of record advised the court that a settlement had been reached and there being no further communication with the court to the contrary;

        This case hereby is DISMISSED WITHOUT PREJUDICE.  This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs.

        SO ORDERED.

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        United States District Judge

Dated: September 30, 2005
        Detroit, Michigan